IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT, SR.,

    Plaintiff,

v.                                                                  CV No. 20-206 MV/CG

DANIEL PETERS, et al,

    Defendants.

## ORDER GRANTING EXTENSION OF PARTIAL PAYMENT DEADLINE

**THIS MATTER** is before the Court on Plaintiff Carnell Hunnicutt's *Motion to Extend Time* (the "Motion"), (Doc. 5). The Court previously ordered Plaintiff to make an initial partial payment of $20.46 by June 11, 2020. Plaintiff represents that he submitted a debit request for that amount, but it will not arrive on time. As a result, Plaintiff seeks to extend the payment deadline through June 29, 2020. The Court, having reviewed the Motion, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline to make an initial partial payment of $20.46 is extended through **June 29, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE