IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT, SR.,

    Plaintiff,

v.                                                                    No. CV 20-206 MV/CG

DANIEL PETERS, et al.,

    Defendants.

### ORDER FOR PLAINTIFF TO PROVIDE ADDRESSES FOR DEFENDANTS

**THIS MATTER** is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3). Plaintiff named fifteen defendants in his initial and amended complaints, including twelve individuals, but only provides an address for the Southern New Mexico Correctional Facility. *See* (Doc. 1); (Doc. 3). "[T]he onus [is] squarely on plaintiffs to track down the whereabouts of defendants to effectuate service—rather than obliging courts to assist in this endeavor—even when the plaintiffs are in prison." *Washington v. Correia*, 546 F. App'x 786, 789 (10th Cir. Nov. 26, 2013) (unpublished).

The Court will therefore require Mr. Hunnicutt to provide a current address for each of the fourteen remaining defendants, and to verify the address provided for Southern New Mexico Correctional Facility, **on or before April 9, 2021**, for the purpose of serving each defendant a copy of Mr. Hunnicutt's summons and complaint.

**IT IS HEREBY ORDERED** that **on or before April 9, 2021**, Mr. Hunnicutt shall file a written response providing a current address for each defendant, or show cause why his claims should not be dismissed. Failure to comply with this Order may result in

dismissal of Mr. Hunnicutt's claims without further notice.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE