IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT, SR.,

    Plaintiff,

v.                                                                             No. CV 20-206 MV/CG

DANIEL PETERS, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE *MARTINEZ* REPORT

**THIS MATTER** is before the Court on Defendants' *Motion of Defendants NMDOC and Southern New Mexico Correctional Facility for Extension of Time to File Their* Martinez *Report* (the "Motion"), (Doc. 76), filed October 25, 2021. Plaintiff Carnell Hunnicutt, Sr. has filed no response to the Motion, and the time for doing so has now passed. *See* D.N.M.LR-Civ. 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). Under Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." The Court will therefore **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that Defendants shall have until **October 27, 2021**, to file their *Martinez* report.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE