IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT, SR.,

    Plaintiff,

v.                                                                                                 No. CV 20-206 MV/CG

DANIEL PETERS, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Plaintiff Carnell Hunnicutt, Sr.'s *Motion for Extension of Time to Submit Objections to Proposed Findings and Recommended Disposition* (the "Motion"), (Doc. 128), filed February 23, 2022. **IT IS HEREBY ORDERED** that Defendants may file a response to the Motion no later than **March 1, 2022**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE